**RECONSTRUCTION FINANCE CORPORATION et al. v. WEST COAST LIFE INS. CO.**

No. 10505.

Court of Civil Appeals of Texas. San Antonio.

March 29, 1939.

Rehearing Denied May 3, 1939.

John H. Mitchell, of La Feria, P. G. Greenwood, of Harlingen, and Hill, Greer & Franki, of Mission, for appellants.

Baker, Botts, Andrews & Wharton, of Houston, and Seabury, Taylor & Wagner, of Brownsville, for appellee.

SLATTON, Justice.

The appellants have not timely filed briefs in this cause. The appellee has moved for an affirmance.

There being no fundamental error in the record, the judgment is affirmed.